IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 6 2000

**CHARLES WAYNE BEWLEY**                                                     **PLAINTIFF**

JAMES W. McCORMACK, CLERK
By:_____
                             DEP CLERK

V.                           **CASE NO. 4:00CV00669GH**

**LAWRENCE JOHNSON, Individually
and in his Official Capacity as the Chief
of Police in and for the City of Little Rock,
Arkansas; CARLOS CORBIN, in his official
capacity as a Little Rock Police Officer; and the
CITY OF LITTLE ROCK, ARKANSAS**             **DEFENDANTS**

## ANSWER

The Defendants, Lawrence Johnson, Carlos Corbin and the City of Little Rock, Arkansas, respectfully come before this honorable Court, by and through undersigned counsel, and for their Answer to the Complaint, state:

1. Defendants deny each and every material allegation contained in the Introduction of the Complaint.

2. Defendants admit that Plaintiff seeks to invoke the jurisdiction of this Court as alleged in paragraph 1 of the Complaint.

3. Defendants admit that venue is properly lodged in this Court, as alleged in paragraph 2 of the Complaint.

4. Defendants admit the allegations contained in paragraph 3 of the Complaint.

5. Defendants admit the allegations contained in paragraph 4 of the Complaint, and specifically note that Defendant Johnson was at all times pertinent hereto acting in his role as Chief of Police of the City of Little Rock.

6. Defendants admit the allegations contained in paragraph 5 of the Complaint, with the exception of the allegation that Plaintiff is entitled a promotion received by Defendant Corbin. Defendants deny each and every other material allegation contained in paragraph 5 of the Complaint.

7. Defendants admit that the City of Little Rock is a municipal corporation organized and existing under the laws of the state of Arkansas as alleged in paragraph 6 of the Complaint.

8. In response to paragraph 7 of the Complaint, Defendants admit that Plaintiff has been employed as a Lieutenant in the Little Rock Police Department ("LRPD") and that he has performed well as a police officer. Defendants also admit that Plaintiff has never been subject to serious disciplinary action.

9. In response to paragraph 8 of the Complaint, Defendants admit that Plaintiff competed in the 2000 promotional process for the rank of Captain in the LRPD. Defendants further admit that the promotion process utilized by the City is in conformance with the relevant provisions of Arkansas civil service law and that a certified list is created as a result of that process. At the conclusion of the process, Plaintiff appeared second on the certified list submitted to the Little Rock Civil Service Commission ("the Commission"). Captain David Ebinger was first on the list and Defendant Corbin appeared third. Under Arkansas law, all three individuals were equally qualified for promotion to captain.

10. In response to paragraph 9 of the Complaint, Defendants admit that Ark. Code Ann. § 14-51-301(b)(6) provides that candidates for promotion shall be placed on a certified list and that the relevant department head may select one of the three certified to him for promotion. Defendants further admit that the statute requires the Commission to promulgate rules to establish eligibility lists for promotion based upon open competitive examinations. Defendants deny that the statute contains any requirement directing that the Chief of Police promote the "best qualified candidate" as that term is used by Plaintiff in paragraph 9 of his Complaint.

11. Defendants admit that Separate Defendant Johnson has not yet promoted Plaintiff from the certified list. Defendants further admit that Defendant Corbin has been promoted to the rank of

Captain effective August 16, 2000. Defendants deny the remaining allegations of paragraph 10 of the Complaint, specifically that Plaintiff has any right to a promotion to Captain.

12. Defendants deny each and every material allegation contained in paragraph 11 of the Complaint.

13. Defendants deny each and every material allegation contained in paragraph 12 of the Complaint.

14. Defendants deny each and every material allegation contained in paragraph 13 of the Complaint.

15. Defendants deny each and every material allegation contained in paragraph 14 of the Complaint.

16. Defendants deny each and every material allegation contained in paragraph 15 of the Complaint.

17. Defendants deny each and every material allegation contained in paragraph 16 of the Complaint.

18. Defendants acknowledge that Plaintiff has requested a trial by jury, as stated in paragraph 17 of the Complaint.

19. Defendants deny each and every material allegation contained in paragraph 18(a), (b), and (c) of the Complaint.

20. Defendants deny that Plaintiff is entitled to any of the relief requested in the Complaint.

21. Defendants deny each and every material allegation contained in the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

22. Plaintiff's claims against all Defendants in their official capacities and the City of Little Rock should be dismissed for failure to state a claim for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

23. Plaintiff has failed to state a claim for which relief may be granted on his state law claim and it should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

24. All actions taken by Separate Defendant Johnson were objectively reasonable in light of the facts and circumstances made known to him at the time, and he is therefore entitled to the defense of qualified immunity.

25. Defendants have filed contemporaneously with this Answer a Motion for Summary Judgment, Statement of Undisputed Material Facts in support of the Motion and a Memorandum of Law in support of the Motion, and respectfully submit that summary judgment is proper in this case.

**WHEREFORE**, the Defendants pray that the Court will dismiss the Complaint with prejudice, award them attorney's fees and costs in defending this action and grant them all other relief to which they may be entitled.

Respectfully submitted,

Thomas M. Carpenter
City Attorney

By: *William C. Mann, III*
William C. Mann, III, #79199
Chief Deputy City Attorney
City Hall - Suite 310
500 West Markham
Little Rock, Arkansas 72201
(501) 371-4527

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Vicki Fewell, 2311 Biscayne, Suite 300, Little Rock, Arkansas 72227-9880, and Edward G. Adcock, 1018 Cumberland, Suite 11, Little Rock, Arkansas 72201, by placing same in the U. S. Mail, postage prepaid, on this 6th day of October, 2000.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　William C. Mann, III