IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OCT 0 6 2000

JAMES W. McCORMACK, CLERK
By:_____

**CHARLES WAYNE BEWLEY**  PLAINTIFF

V.  CASE NO. 4:00CV00669GH

**LAWRENCE JOHNSON, Individually
and in his Official Capacity as the Chief
of Police in and for the City of Little Rock,
Arkansas; CARLOS CORBIN, in his official
capacity as a Little Rock Police Officer; and the
CITY OF LITTLE ROCK, ARKANSAS**  DEFENDANTS

## STATEMENT OF UNDISPUTED MATERIAL FACTS
## IN SUPPORT OF DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

The Defendants respectfully come before this honorable Court, by and through undersigned counsel, and for their Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment pursuant to Rule 56.1 of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, state.

1. Plaintiff, Lieutenant Charles Wayne Bewley ("Lieutenant Bewley") is a Caucasian resident of Benton, Saline County, Arkansas.

2. Separate Lawrence Johnson ("Chief Johnson") is an African American resident of the city of Little Rock, Pulaski County, Arkansas.

3. Chief Johnson was appointed Chief of Police of the Little Rock Police Department ("LRPD") on March 1, 2000.

4. Ark. Code Ann. § 14-51-301(b)(9)(A)(i) provides that civil service commissions shall adopt rules and regulations providing for, among other things, establishing eligibility lists for promotion based upon open competitive examinations. The Little Rock Civil Service Commission (the "Commission") has adopted promotion procedure guidelines in accordance with this statute. A

promotion list remains effective for one year from the date it is certified by the Commission. *See* § 14-51-301(b)(4)(B)(i).

5. Ark. Code Ann. § 14-51-301(b)(6) provides that the Commission shall certify to the department head of the LRPD the three applicants standing highest on the eligibility list for the particular rank of service at issue for the Chief to select for promotion one of the three certified to him. Any of the top three candidates are eligible for promotion.

6. Since becoming Chief of Police, Chief Johnson has had one occasion to consider promotions in the LRPD.

7. On August 16, 2000, Chief Johnson appointed Timothy Calhoun, a Caucasian male, to the rank of lieutenant in the LRPD. Lieutenant Calhoun was ranked first on the list certified by the Commission.

8. On the same day Lieutenant Calhoun was promoted, Chief Johnson promoted David G. Ebinger, Caucasian male, and Carlos A. Corbin, African American male, to the rank of Captain in the LRPD. Captains Ebinger and Corbin were ranked first and third on the list at the time they were promoted. Lieutenant Bewley was ranked second on the list.

9. At the time of their promotions, Captain Ebinger and Captain Corbin had been serving in the rank of lieutenant since July 26, 1997. Lieutenant Bewley was promoted to lieutenant on November 7, 1998.

10. The City has a policy of equal opportunity regarding all employment practices, including promotion. The City's policy provides that promotions are made without regard to race, color, religion, age, sex, national origin, a physical or mental disability or other non-merit factors. This policy is reaffirmed in the Commission's rules and regulations.

11. From 1995 through October 3, 2000, 48 total promotions were made in the LRPD. Prior to March 1, 2000, these promotions were made by former Chief of Police Louie C. Caudell, a Caucasian male.

12. Of the 48 promotions since 1995, 37 went to Caucasian employees of the LRPD. Eleven promotions went to African American employees.

13. Since 1995, the only occasion, other than when Captain Corbin was selected instead of Plaintiff, when a Caucasian employee in the top three candidates on a certified list was not selected for promotion in favor of a statutorily qualified, but lower ranking, African American employee occurred in 1997 when Lieutenant Glenn King was promoted to lieutenant approximately six months before Lieutenants Larry Winn and David Hudson. King, Winn and Hudson were all eligible to be promoted at the time of King's promotion.

Respectfully submitted,

Thomas M. Carpenter
City Attorney

By: *William C. Mann, III*
William C. Mann, III, #79199
Chief Deputy City Attorney
City Hall - Suite 310
500 West Markham
Little Rock, Arkansas 72201
(501) 371-4527

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Vicki Fewell, 2311 Biscayne, Suite 300, Little Rock, Arkansas 72227-9880, and Edward G. Adcock, 1018 Cumberland, Suite 11, Little Rock, Arkansas 72201, by placing same in the U. S. Mail, postage prepaid, on this 6th day of October, 2000

*William C. Mann, III*
William C. Mann, III

-3-