FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 6 2001

JAMES W McCORMACK, CLERK
By: _____ L Bond _____
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES WAYNE BEWLEY**                                        PLAINTIFF

Case Number: **4:00cv00669 GH**

**LAWRENCE JOHNSON, ET AL.**                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendants and against plaintiff. The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this __16__ day of February, 2001.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON __2/20/01__ BY __L Bonds__

24

```
                    F I L E   C O P Y
                                                                lob
              UNITED STATES DISTRICT COURT
               Eastern District of Arkansas
                     U.S. Court House
                600 West Capitol, Suite 402
              Little Rock, Arkansas 72201-3325


                      February 20, 2001
```

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00669.


True and correct copies of the attached were mailed by the clerk to the following:    press, post, file

    Victra L. Fewell, Esq.
    Law Offices of Gary Green
    2311 Biscayne Drive
    Suite 300
    Little Rock, AR   72227-9880

    Edward G. Adcock, Esq.
    Attorney at Law
    1018 Cumberland #11
    Little Rock, AR   72202

    William C. Mann III, Esq.
    Little Rock City Attorney's Office
    500 West Markham Street
    Room 310
    Little Rock, AR   72201-1496


                                        James W. McCormack, Clerk

      2/20/01                                          Lorna Bonds
Date: _____             BY: _____